John BURDEN

v.

C. H. LOONEY, Warden, U. S. Penitentiary, Leavenworth, Kansas.

No. 5381.

United States Court of Appeals Tenth Circuit.

Sept. 5, 1956.

Ernest W. Lohf, Derby, Colo., for appellant.

William C. Farmer, U. S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

Affirmed without written opinion.